**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BRUCE SCHOLLAERT and <br> JULIE SCHOLLAERT, <br>   <br> Plaintiffs, <br>   <br> v. <br>   <br> ESSINTIAL ENTERPRISE <br> SOLUTIONS, LLC, <br> NCR CORPORATION and <br> ISADORA HART, <br>   <br> Defendants. | ) <br> ) <br> )   Cause No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiffs, by counsel, allege against Defendant as follows:

1. The Plaintiffs are Bruce and Julie Schollaert, husband and wife, both of whom reside in the City of Fort Wayne, County of Allen, and State of Indiana. Both Plaintiffs worked for Essintial Enterprise Solutions, LLC as independent contractors engaged in the business of installing and repairing business machines at commercial and retail enterprises.

2. Defendant Essintial Enterprise Solutions, LLC is a corporation doing business in the State of Indiana as well as other states (including Michigan). Defendant's corporate address is 100 Sterling Parkway, Suite 307, Mechanicsburg, Pennsylvania 17050.

3. Defendant NCR Corporation is a company doing business in the State of Indiana and has a headquarters located at 3097 Satellite Boulevard, #100, Duluth, Georgia 30096.

4. Defendant Isadora Hart is believed to be employed by Defendant NCR as a "Lead Tech."

5. Essintial and NCR hired Plaintiffs to install and repair business machines, and contracting

–1–

with the Plaintiffs, on August 9, 2016 to repair machines manufactured by NCR Corporation at a Wal-Mart in Livonia Michigan to work on/repair NCR machines. On August 9, 2016, both Essintial and NCR were the Plaintiffs' joint contractors who controlled the terms, benefits and conditions of the working/contractual relationship the Plaintiffs had between and among themselves, Essintial and NCR, and these employment/ contractual relationships were protected under 42 U.S.C. § 1981 in that both Essintial and NCR were prohibited from discriminating against Plaintiffs based upon their race and color as compared to non-white contractees/workers.

6. On August 9, 2016, after conversations between and among Essintial, NCR and NCR's Lead Tech, Isadora Hart, Hart became immediately changed his demeanor and attitude towards the Plaintiffs, referring to Julie Schollaert as a "stupid white bitch" and referred to both Plaintiffs as "lazy white people", and he kept referring to Plaintiffs as "white people" and "you white asses".

7. Plaintiffs called Essintial to get some help and to remedy the racially-poisoned atmosphere caused by NCR/Isadora Hart. During one of the phone calls to Essintial, Mr. Hart came up to Julie Schollaert and told her that she needed to get ahold of her "little white bitch ass husband", and Julie Schollaert responded that there was nothing to "get hold of".

8. As Plaintiffs continued to make calls to Essintial, Isadora Hart on behalf of NCR came up to them and stated "you stupid ass white people just don't get it, your asses belong to me." Mr. Hart also referred to Plaintiff as "white fuckers." Plaintiffs tried to explain to Mr. Hart that they only had a "one day ticket", meaning they had limited time to work on the job. Mr. Hart yelled at Bruce Schollaert, "fucking prove it!"

9. After another telephone call to Essintial, and after things appeared to quiet down, Plaintiffs asked Mr. Hart what all the harassment was about, and he looked them straight in the eyes and said "I don't like white people."

10. After this incident wherein Plaintiffs were racially mistreated, called racist names, and treated differently with respect to their contractual benefits based upon their race, and after complaining about the racial mistreatment to Essintial, Plaintiffs lost business with Essintial and were deprived of on-going and future contractual work benefits through Essintial, all as a result of the racial misdeeds of NCR and Isadora Hart, as well as Essintial's refusal to correct or remedy the racial mistreatment. Furthermore, Essintial retaliated against Plaintiffs for complaining about the race discrimination/race harassment, contrary to the provisions of 42 U.S.C. § 1981, and interfered with the ability of the Plaintiffs to perform and obtain future contractual benefits with Essintial.

11. As a direct and proximate cause of the race discrimination, racial harassment and retaliatory termination of their contractual relationships, Plaintiffs lost income, other economic benefits, and experienced emotional distress, mental anguish, embarrassment, humiliation, inconvenience, and other damages and injuries.

12. Plaintiffs contend that the actions of the Defendants were intentional and in reckless disregard of Plaintiffs' federally protected civil rights under 42 U.S.C. § 1981, making the imposition of punitive damages appropriate.

13. Plaintiffs also contend that Defendants intentionally interfered with Plaintiffs' contractual relationships (and deprived Plaintiffs of the benefits through those contractual relationships), warranting an imposition of both compensatory and punitive damages.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and costs pursuant to 42 U.S.C. §§ 1983 and 1988, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
Counsel for Plaintiff

CCM/js